FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT AVILA,<br><br>　　　　　　　　Defendant. | Case No.: 2:23-CR-0144-TOR<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS PURSUANT TO FED. R. CRIM. P. 48(a) |

　　　This matter comes before the Court upon motion by the United States requesting the above captioned matter be dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

　　　The Court, being fully advise in the premises, hereby **GRANTS** the motion and **ORDERS** the Indictment filed on December 19, 2023, be **DISMISSED WITHOUT PREJUDICE.** The U.S. Marshal shall release the Defendant.

　　　**IT IS SO ORDERED.**

　　　DATED September 10, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Thomas O. Rice
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

ORDER OF DISMISSAL - 1